IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FABRICE AKEUBA AGOWANJI,

Petitioner,

v.

MISTY MACKEY, Warden,
Midwest Regional Reception Center;
Officer-in Charge, ICE ERO Kansas;
MARCOS CHARLES, Acting Director, ICE;
MARKWAYNE MULLIN, DHS Secretary; and
TODD BLANCHE, Attorney General,

Respondents.

Case No. 26-3353-JWL

**ORDER TO SHOW CAUSE**

Respondents have now filed a response to the petition in which they provide evidence that petitioner was no longer detained within this judicial district at the time the petition was filed. Thus, for the reasons set forth by the Court in a recent similar case, *see H.C. v. Department of Homeland Security*, 2026 WL 2606348 (D. Kan. Sept. 3, 2026) (Lungstrum, J.), this Court lacks jurisdiction to consider the case.

IT IS THEREFORE ORDERED BY THE COURT THAT petitioner shall show cause by **September 25, 2026, at 3:00 p.m. CDT** why this case should not be transferred immediately to the Western District of Louisiana, where petitioner is presently confined.

IT IS SO ORDERED.

Dated this 25th day of September, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge